# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | 8:11CR259 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KAMEO ROSS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Kameo Ross (Ross) (Filing No. 36). Ross seeks an extension to November 18, 2011, in which to file pretrial motions in accordance with the progression order. Ross' counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Ross' motion for an extension of time (Filing No. 36) is granted. Ross is given until **on or before November 18, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of granting the motion, i.e., the time between **October 20, 2011 and November 18, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason the defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. **See** 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of October, 2011.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge