IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR259 |
| | ) | |
| v. | ) | |
| | ) | |
| CARNELL NEAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 78). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the amended sentencing exhibit list and Exhibit #7 shall remain sealed pending further order of the Court.

DATED this 2nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court